# Exhibit B

AVE MARIA UNIVERSITY,

    *Plaintiff,*

v.

KATHLEEN SEBELIUS, *et al.,*

    *Defendants.*

Case No. 2:13-cv-00630-JES-UAM

**DECLARATION OF DIANA VERM**

I, Diana M. Verm, hereby state under penalty of perjury as follows:

1.  I am one of the counsel representing Plaintiff in the above-captioned matter and am admitted *pro hac vice* before this Court in connection with this case. I have personal knowledge of everything testified to in this declaration.

2.  Attached hereto as Exhibit B-1 is a true and complete copy of Health Resources and Services Administration, *Women's Preventive Services Guidelines* (Aug. 1, 2011).

3.  Attached hereto as Exhibit B-2 is a true and complete copy of the FDA Birth Control Guide (Aug. 2012).

4.  Attached hereto as Exhibit B-3 is a true and complete copy of the January 20, 2012 Statement of U.S. Department of Health and Human Services Secretary Kathleen Sebelius.

5.  Attached hereto as Exhibit B-4 is a true and complete copy of the Department of Health and Human Services *Guidance on the Temporary Enforcement Safe Harbor for Certain Employers, Group Health Plans and Group Health Insurance Issuers with Respect to the Requirement to Cover Contraceptive Services Without Cost Sharing Under Section 2713 of the Public Health Service Act, Section 715(a)(1) of the Employee Retirement Income Security Act, and Section 9815(a)(1) of the Internal Revenue Code* (updated June 28, 2013).

6.   Attached hereto as Exhibit B-5 is a true and complete copy of the Department of Health and Human Services' "Keeping the Health Plan You Have: The Affordable Care Act and 'Grandfathered' Health Plans" document (2010).

7.   Attached hereto as Exhibit B-6 is a true and complete copy of The White House, *The Affordable Care Act Increases Choice and Saving Money for Small Businesses*.

8.   Attached hereto as Exhibit B-7 is a true and complete copy of Mark J. Mazur, Assistant Secretary for Tax Policy at the U.S. Department of the Treasury, *Continuing to Implement the ACA in a Careful, Thoughtful Manner* (July 2, 2013), *available at* http://www.treasury.gov/connect/blog/Pages/Continuing-to-Implement-the-ACA-in-a-Careful-Thoughtful-Manner-.aspx.

Executed this 22nd day of October, 2013, in Washington, D.C.

_____

Diana M. Verm

# Exhibit B-1


Health Resources and Services Administration

   

HRSA Home

# Women's Preventive Services Guidelines

 Share | 🖨 ✉ f 🐦 g+1 43

## Affordable Care Act Expands Prevention Coverage for Women's Health and Well-Being

The Affordable Care Act – the health insurance reform legislation passed by Congress and signed into law by President Obama on March 23, 2010 – helps make prevention affordable and accessible for all Americans by requiring health plans to cover preventive services and by eliminating cost sharing for those services. Preventive services that have strong scientific evidence of their health benefits must be covered and plans can no longer charge a patient a copayment, coinsurance or a deductible for these services when they are delivered by a network provider.

### Women's Preventive Services Guidelines Supported by the Health Resources and Services Administration

Under the Affordable Care Act, women's preventive health care – such as mammograms, screenings for cervical cancer, prenatal care, and other services – generally must be covered by health plans with no cost sharing. However, the law recognizes and HHS understands the need to take into account the unique health needs of women throughout their lifespan.

The HRSA-supported health plan coverage guidelines, developed by the Institute of Medicine (IOM), will help ensure that women receive a comprehensive set of preventive services without having to pay a co-payment, co-insurance or a deductible. HHS commissioned an IOM study to review what preventive services are necessary for women's health and well-being and therefore should be considered in the development of comprehensive guidelines for preventive services for women. HRSA is supporting the IOM's recommendations on preventive services that address health needs specific to women and fill gaps in existing guidelines.

### Health Resources and Services Administration Women's Preventive Services Guidelines

*Non-grandfathered plans (plans or policies created or sold after March 23, 2010, or older plans or policies that have been changed in certain ways since that date) generally are required to provide coverage without cost sharing consistent with these guidelines in the first plan year (in the individual market, policy year) that begins on or after August 1, 2012.*

| Type of Preventive Service | HHS Guideline for Health Insurance Coverage | Frequency |
|---|---|---|
| **Well-woman visits.** | Well-woman preventive care visit annually for adult women to obtain the recommended preventive services that are age and developmentally appropriate, including preconception care and many services necessary for prenatal care. This well-woman visit should, where appropriate, include other preventive services listed in this set of guidelines, as well as others referenced in section 2713. | Annual, although HHS recognizes that several visits may be needed to obtain all necessary recommended preventive services, depending on a woman's health status, health needs, and other risk factors.* (see note) |
| **Screening for gestational diabetes.** | Screening for gestational diabetes. | In pregnant women between 24 and 28 weeks of gestation and at the first prenatal visit for pregnant women identified to be at high risk for diabetes. |
| **Human papillomavirus testing.** | | Screening should begin at 30 years of age and should occur |

## Learn More

*Clinical Preventive Services for Women: Closing the Gaps* Institute of Medicine report



Prevention

**Need health insurance?** New! Get updates about the Health Insurance Marketplace. Learn more › HealthCare.gov

| | High-risk human papillomavirus DNA testing in women with normal cytology results. | no more frequently than every 3 years. |
|---|---|---|
| **Counseling for sexually transmitted infections.** | Counseling on sexually transmitted infections for all sexually active women. | Annual. |
| **Counseling and screening for human immune-deficiency virus.** | Counseling and screening for human immune-deficiency virus infection for all sexually active women. | Annual. |
| **Contraceptive methods and counseling. ** (see note)** | All Food and Drug Administration approved contraceptive methods, sterilization procedures, and patient education and counseling for all women with reproductive capacity. | As prescribed. |
| **Breastfeeding support, supplies, and counseling.** | Comprehensive lactation support and counseling, by a trained provider during pregnancy and/or in the postpartum period, and costs for renting breastfeeding equipment. | In conjunction with each birth. |
| **Screening and counseling for interpersonal and domestic violence.** | Screening and counseling for interpersonal and domestic violence. | |

*Refer to guidance issued by the Center for Consumer Information and Insurance Oversight entitled Affordable Care Act Implementation FAQs, Set 12, Q10. In addition, refer to recommendations in the July 2011 IOM report entitled Clinical Preventive Services for Women: Closing the Gaps concerning distinct preventive services that may be obtained during a well-woman preventive services visit.*

** *The guidelines concerning contraceptive methods and counseling described above do not apply to women who are participants or beneficiaries in group health plans sponsored by religious employers. Effective August 1, 2013, a religious employer is defined as an employer that is organized and operates as a non-profit entity and is referred to in section 6033(a)(3)(A)(i) or (iii) of the Internal Revenue Code. HRSA notes that, as of August 1, 2013, group health plans established or maintained by religious employers (and group health insurance coverage provided in connection with such plans) are exempt from the requirement to cover contraceptive services under section 2713 of the Public Health Service Act, as incorporated into the Employee Retirement Income Security Act and the Internal Revenue Code. HRSA also notes that, as of January 1, 2014, accommodations are available to group health plans established or maintained by certain eligible organizations (and group health insurance coverage provided in connection with such plans), as well as student health insurance coverage arranged by eligible organizations, with respect to the contraceptive coverage requirement. See Federal Register Notice: Coverage of Certain Preventive Services Under the Affordable Care Act (PDF - 327 KB)*

Exhibit B-2



# Birth Control Guide

This guide gives the basic facts about the different kinds of FDA-approved medicines and devices for birth control. Ask your doctor to tell you about all of the risks and benefits of using these products.



If you do not want to get pregnant, there are many birth control options to choose from. No one product is best for everyone. The only sure way to avoid pregnancy and sexually transmitted infections (STIs or STDs) is not to have any sexual contact (abstinence). This guide lists FDA-approved products for birth control. Talk to your doctor, nurse, or pharmacist about the best method for you.

There are different kinds of medicines and devices for birth control:

**Barrier Methods**..................................................**4**
**Hormonal Methods**..............................................**10**
**Emergency Contraception**.....................................**16**
**Implanted Devices**.............................................**18**
**Permanent Method for Men**..................................**21**
**Permanent Methods for Women**.............................**22**

## To Learn More:

This guide should not be used in place of talking to your doctor or reading the label for your product. The product and risk information may change. To get the most recent information for your birth control go to:

**Drugs**
Go to http://www.accessdata.fda.gov/scripts/cder/drugsatfda
(type in the name of your drug)

**Devices**
http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfRL/LSTSimpleSearch.cfm
(type in the name of your device)

## Some things to think about when you choose birth control:

- Your health
- How often you have sex.
- How many sexual partners you have.
- If you want to have children in the future.
- If you will need a prescription or if you can buy the method over-the-counter.
- The number of pregnancies expected per 100 women who use a method for 1 year. For comparison, about 85 out of 100 sexually active women who do not use any birth control can expect to become pregnant in a year.
- This booklet lists pregnancy rates of **typical use**. Typical use shows how effective the different methods are during actual use (including sometimes using a method in a way that is not correct or not consistent).
- For more information on the chance of getting pregnant while using a method, please see Trussell, J. (2011). "Contraceptive failure in the United States." Contraception 83(5):397-404.

## Tell your doctor, nurse, or pharmacist if you:

- Smoke.
- Have liver disease.
- Have blood clots.
- Have family members who have had blood clots.
- Are taking any other medicines, like antibiotics.
- Are taking any herbal products, like St. John's Wort.

## To avoid pregnancy:

- No matter which method you choose, it is important to follow all of the directions carefully. If you don't, you raise your chance of getting pregnant.
- The best way to avoid pregnancy and sexually transmitted infections (STIs) is to practice total abstinence (do not have any sexual contact).

Block sperm from reaching the egg

# BARRIER METHODS
### (Latex or Polyurethane)

## Male Condom
### (Latex or Polyurethane)



**What is it?**
- A thin film sheath placed over the erect penis.

**How do I use it?**
- Put it on the erect penis right before sex.
- Pull out before the penis softens.
- Hold the condom against the base of the penis before pulling out.
- Use it only once and then throw it away.

**How do I get it?**
- You do not need a prescription.
- You can buy it over-the-counter.

**Chance of getting pregnant with typical use**
*(Number of pregnancies expected per 100 women who use this method for 1 year)*
- Out of 100 women who use this method, 18 may get pregnant.
- The most important thing is that you use a condom every time you have sex.

**Some Risks**
- Irritation
- Allergic reactions (If you are allergic to latex, you can try condoms made of polyurethane).

**Does it protect me from sexually transmitted infections (STIs)?**
- Except for abstinence, latex condoms are the best protection against HIV/AIDS and other STIs.

---

## Female Condom



**What is it?**
- A lubricated, thin polyurethane pouch that is put into the vagina.

**How do I use it?**
- Put the female condom into the vagina right before sex.
- Use it only once and then throw it away.

**How do I get it?**
- You do not need a prescription.
- You can buy it over-the-counter.

**Chance of getting pregnant with typical use**
*(Number of pregnancies expected per 100 women who use this method for 1 year)*
- Out of 100 women who use this method, about 21 may get pregnant.
- The most important thing is that you use a condom every time you have sex.

**Some Risks**
- Irritation
- Allergic reactions

**Does it protect me from sexually transmitted infections (STIs)?**
- May give some protection against STIs, but more research is needed.
- Not as effective as male latex condoms.

Block sperm from reaching the egg

# BARRIER METHODS

Spermicides containing N9 can irritate the vagina and rectum. It may increase the risk of getting the AIDS virus (HIV) from an infected partner.

## Diaphragm with Spermicide



### What is it?

- A dome-shaped flexible disk with a flexible rim.
- Made from latex rubber or silicone.
- It covers the cervix.

### How do I use it?

- You need to put spermicidal jelly on the inside of the diaphragm before putting it into the vagina.
- You must put the diaphragm into the vagina before having sex.
- You must leave the diaphragm in place at least 6 hours after having sex.
- It can be left in place for up to 24 hours. You need to use more spermicide every time you have sex.

### How do I get it?

- You need a prescription.
- A doctor or nurse will need to do an exam to find the right size diaphragm for you.
- You should have the diaphragm checked after childbirth or if you lose more than 15 pounds. You might need a different size.

### Chance of getting pregnant with typical use
(Number of pregnancies expected per 100 women who use this method for 1 year)

- Out of 100 women who use this method, about 12 may get pregnant.

### Some Risks

- Irritation, allergic reactions, and urinary tract infection.
- If you keep it in place longer than 24 hours, there is a risk of toxic shock syndrome. Toxic shock is a rare but serious infection.

### Does it protect me from sexually transmitted infections (STIs)? No.

4

---

Spermicides containing N9 can irritate the vagina and rectum. It may increase the risk of getting the AIDS virus (HIV) from an infected partner.

## Sponge with Spermicide

### What is it?

- A disk-shaped polyurethane device with the spermicide nonoxynol-9.

### How do I use it?

- Put it into the vagina before you have sex.
- Protects for up to 24 hours. You do not need to use more spermicide each time you have sex.
- You must leave the sponge in place for at least 6 hours after having sex.
- You must take the sponge out within 30 hours after you put it in. Throw it away after you use it.

### How do I get it?

- You do not need a prescription.
- You can buy it over-the-counter.

### Chance of getting pregnant with typical use
(Number of pregnancies expected per 100 women who use this method for 1 year)

- Out of 100 women who use this method, 12 to 24 may get pregnant.
- It may not work as well for women who have given birth. Childbirth stretches the vagina and cervix and the sponge may not fit as well.

### Some Risks

- Irritation
- Allergic reactions
- Some women may have a hard time taking the sponge out.
- If you keep it in place longer than 24-30 hours, there is a risk of toxic shock syndrome. Toxic shock is a rare but serious infection.

### Does it protect me from sexually transmitted infections (STIs)? No.

# BARRIER METHODS

| Block sperm from reaching the egg

## Cervical Cap with Spermicide

Spermicides containing N9 can irritate the vagina and rectum. It may increase the risk of getting the AIDS virus (HIV) from an infected partner.



### What is it?

- A soft latex or silicone cup with a round rim, which fits snugly around the cervix.

### How do I use it?

- You need to put spermicidal jelly inside the cap before you use it.
- You must put the cap in the vagina before you have sex.
- You must leave the cap in place for at least 6 hours after having sex.
- You may leave the cap in for up to 48 hours.
- You do NOT need to use more spermicide each time you have sex.

### How do I get it?

- You need a prescription.

### Chance of getting pregnant with typical use

(Number of pregnancies expected per 100 women who use this method for 1 year)

- Out of 100 women who use this method, about 17 to 23 may get pregnant.
- It may not work as well for women who have given birth. Childbirth stretches the vagina and cervix and the cap may not fit as well.

### Some Risks

- Irritation, allergic reactions, and abnormal Pap test.
- You may find it hard to put in.
- If you keep it in place longer than 48 hours, there is a risk of toxic shock syndrome. Toxic shock is a rare but serious infection.

**Does it protect me from sexually transmitted infections (STIs)?** No

8

## Spermicide Alone

Spermicides containing N9 can irritate the vagina and rectum. It may increase the risk of getting the AIDS virus (HIV) from an infected partner.

### What is it?

- A foam, cream, jelly, film, or tablet that you put into the vagina.

### How do I use it?

- You need to put spermicide into the vagina 5 to 90 minutes before you have sex.
- You usually need to leave it in place at least 6 to 8 hours after sex; do not douche or rinse the vagina for at least 6 hours after sex.
- Instructions can be different for each type of spermicide. Read the label before you use it.

### How do I get it?

- You do not need a prescription.
- You can buy it over-the-counter.

### Chance of getting pregnant with typical use

(Number of pre
(Number of pregnancies expected per 100 women who use this method for 1 year)

- Out of 100 women who use this method, about 28 may get pregnant.
- Different studies show different rates of effectiveness.

### Some Risks

- Irritation
- Allergic reactions
- Urinary tract infection
- If you are also using a medicine for a vaginal yeast infection, the spermicide might not work as well.

**Does it protect me from sexually transmitted infections (STIs)?** No.

# HORMONAL METHODS

Prevent pregnancy by interfering with ovulation and possibly fertilization of the egg

## Oral Contraceptives (Combined Pill)
## "The Pill"



**What is it?**
- A pill that has 2 hormones (estrogen and progestin) to stop the ovaries from releasing eggs.
- It also thickens the cervical mucus, which keeps the sperm from getting to the egg.

**How do I use it?**
- You should swallow the pill at the same time every day, whether or not you have sex.
- If you miss 1 or more pills, or start a pill pack too late, you may need to use another method of birth control, like a condom.

**How do I get it?**
- You need a prescription.

**Chance of getting pregnant with typical use**
*(Number of pregnancies expected per 100 women who use this method for 1 year)*
- Out of 100 women who use this method, about 9 may get pregnant.

**Some Side Effects**
- Changes in your cycle (period)
- Nausea
- Breast tenderness
- Headache

**Less Common Serious Side Effects**
- It is not common, but some women who take the pill develop high blood pressure.
- It is rare, but some women will have blood clots, heart attacks, or strokes.

**Does it protect me from sexually transmitted infections (STIs)?** No.

## Oral Contraceptives (Progestin-only)
## "The Mini Pill"

**What is it?**
- A pill that has only 1 hormone, a progestin.
- It thickens the cervical mucus, which keeps sperm from getting to the egg.
- Less often, it stops the ovaries from releasing eggs.

**How do I use it?**
- You should swallow the pill at the same time every day, whether or not you have sex.
- If you miss 1 or more pills, or start a pill pack too late, you may need to use another method of birth control, like a condom.

**How do I get it?**
- You need a prescription.

**Chance of getting pregnant with typical use**
*(Number of pregnancies expected per 100 women who use this method for 1 year)*
- Out of 100 women who use this method, about 9 may get pregnant.

**Some Risks**
- Irregular bleeding
- Headache
- Breast tenderness
- Nausea
- Dizziness

**Does it protect me from sexually transmitted infections (STIs)?** No.

# HORMONAL METHODS

Oral Contraceptives (Extended/Continuous Use)
## "The Pill"

Prevent pregnancy by interfering with ovulation and possibly fertilization of the egg



### What is it?
- A pill that has 2 hormones (estrogen and progestin) to stop the ovaries from releasing eggs.
- It also thickens the cervical mucus, which keeps sperm from getting to the egg.
- These pills are designed so women have fewer or no periods.

### How do I use it?
- You should swallow the pill at the same time every day, whether or not you have sex.
- If you miss 1 or more pills, or start a pill pack too late, you may need to use another method of birth control, like a condom.

### How do I get it?
- You need a prescription.

### Chance of getting pregnant with typical use
(Number of pregnancies expected per 100 women who use this method for 1 year)
- Out of 100 women who use this method, about 9 may get pregnant.

### Some Risks
- Risks are similar to other oral contraceptives with estrogen and progestin.
- You may have more light bleeding and spotting between periods than with 21 or 24 day oral contraceptives.
- It may be harder to know if you become pregnant, since you will likely have fewer periods or no periods.

### Does it protect me from sexually transmitted infections (STIs)? No.

---

# Patch



### What is it?
- This is a skin patch you can wear on the lower abdomen, buttocks, or upper arm or back.
- It has hormones (estrogen and progestin) that stop the ovaries from releasing eggs.
- It also thickens the cervical mucus, which keeps sperm from getting to the egg.

### How do I use it?
- You put on a new patch and take off the old patch once a week for 3 weeks (21 total days).
- Don't put on a patch during the fourth week. Your menstrual period should start during this patch-free week.
- If the patch comes loose or falls off, you may need to use another method of birth control, like a condom.

### How do I get it?
- You need a prescription.

### Chance of getting pregnant with typical use
(Number of pregnancies expected per 100 women who use this method for 1 year)
- Out of 100 women who use this method, about 9 may get pregnant.

### Some Risks
- It will expose you to higher levels of estrogen compared to most combined oral contraceptives.
- It is not known if serious risks, such as blood clots and strokes, are greater with the patch because of the greater exposure to estrogen.

### Does it protect me from sexually transmitted infections (STIs)? No.

HORMONAL METHODS

| Prevent pregnancy by interfering with ovulation and possibly fertilization of the egg

# Vaginal Contraceptive Ring



**What is it?**

- It is a flexible ring that is about 2 inches around.

- It releases 2 hormones (progestin and estrogen) to stop the ovaries from releasing eggs.

- It also thickens the cervical mucus, which keeps sperm from getting to the egg.

**How do I use it?**

- You put the ring into your vagina.

- Keep the ring in your vagina for 3 weeks and then take it out for 1 week. Your menstrual period should start during this ring-free week.

- If the ring falls out and stays out for more than 3 hours, replace it but use another method of birth control, like a condom, until the ring has been in place for 7 days in a row.

- Read the directions and talk to your doctor, nurse or pharmacist about what to do.

**How do I get it?**

- You need a prescription.

**Chance of getting pregnant with typical use**
(Number of pregnancies expected per 100 women who use this method for 1 year)

- Out of 100 women who use this method, about 9 may get pregnant.

**Some Side Effects and Risks**

- Vaginal discharge, discomfort in the vagina, and mild irritation.

- Other risks are similar to oral contraceptives (combined pill).

**Does it protect me from sexually transmitted infections (STIs)?** No.

# Shot/Injection



**What is it?**

- A shot of the hormone progestin, either in the muscle or under the skin.

**How does it work?**

- The shot stops the ovaries from releasing eggs.

- It also thickens the cervical mucus, which keeps the sperm from getting to the egg.

**How do I get it?**

- You need 1 shot every 3 months from a health care provider.

**Chance of getting pregnant with typical use**
(Number of pregnancies expected per 100 women who use this method for 1 year)

- Out of 100 women who use this method, including women who don't get the shot on time, 6 may get pregnant.

**Some Risks**

- You may lose bone density if you get the shot for more than 2 years in a row.

- Bleeding between periods

- Headaches

- Weight gain

- Nervousness

- Abdominal discomfort

**Does it protect me from sexually transmitted infections (STIs)?** No.

# EMERGENCY CONTRACEPTION

May be used if you did not use birth control or if your regular birth control fails. It should not be used as a regular form of birth control.

## Plan B, Plan B One-Step and Next Choice (Levonorgestrel)



### What is it?

- These are pills with the hormone progestin.
- They help prevent pregnancy after birth control failure or unprotected sex.

### How does it work?

- It works mainly by stopping the release of an egg from the ovary. It may also work by preventing fertilization of an egg (the uniting of sperm with the egg) or by preventing attachment (implantation) to the womb (uterus).
- For the best chance for it to work, you should take the pill(s) as soon as possible after unprotected sex.

- You should take emergency contraception within 3 days after unprotected sex.

### How do I get it?

- You can get Plan B, Plan B One-Step and Next Choice without a prescription if you are 17 years or older.
- If you are younger than 17, you need a prescription.

### Chance of getting pregnant with typical use

- 7 out of every 8 women who would have gotten pregnant will not become pregnant after taking Plan B, Plan B One-Step, or Next Choice.

### Some Risks

- Nausea
- Vomiting
- Abdominal pain
- Fatigue
- Headache

**Does it protect me from sexually transmitted infections (STIs)?** No.

## Ella (ulipristal acetate)



### What is it?

- A pill that blocks the hormone progesterone.
- It helps prevent pregnancy after birth control failure or unprotected sex.

### How does it work?

- It works mainly by stopping or delaying the ovaries from releasing an egg. It may also work by changing the lining of the womb (uterus) that may prevent attachment (implantation).
- For the best chance for it to work, you should take the pill as soon as possible after unprotected sex.
- You should take Ella within 5 days after having unprotected sex.

### How do I get it?

- You need a prescription.

### Chance of getting pregnant with typical use

- 6 or 7 out of every 10 women who would have gotten pregnant will not become pregnant after taking Ella.

### Some Risks

- Headache
- Nausea
- Abdominal pain
- Menstrual pain
- Tiredness
- Dizziness

**Does it protect me from sexually transmitted infections (STIs)?** No.

# IMPLANTED METHODS

Inserted/implanted into the body and can be kept in place for several years

## Copper IUD



### What is it?

• A T-shaped device that is put into the uterus by a healthcare provider.

### How does it work?

• The IUD prevents sperm from reaching the egg, from fertilizing the egg, and may prevent the egg from attaching (implanting) in the womb (uterus).

• It does not stop the ovaries from making an egg each month.

• The Copper IUD can be used for up to 10 years.

• After the IUD is taken out, it is possible to get pregnant.

### How do I get it?

• A doctor or other healthcare provider needs to put in the IUD.

### Chance of getting pregnant with typical use

(Number of pregnancies expected per 100 women who use this method for 1 year)

• Out of 100 women who use this method, less than 1 may get pregnant.

### Some Side Effects

• Cramps

• Irregular bleeding

### Uncommon Risks

• Pelvic inflammatory disease

• Infertility

### Rare Risk

• IUD is stuck in the uterus or found outside the uterus.

• Life-threatening infection

### Does it protect me from sexually transmitted infections (STIs)? No.

10

## IUD with progestin



### What is it?

• A T-shaped device that is put into the uterus by a healthcare provider.

### How does it work?

• It may thicken the mucus of your cervix, which makes it harder for sperm to get to the egg, and also thins the lining of your uterus.

• After a doctor or other healthcare provider puts in the IUD, it can be used for up to 5 years.

• After the IUD is taken out, it is possible to get pregnant.

### How do I get it?

• A doctor or other healthcare provider needs to put in the IUD.

### Chance of getting pregnant with typical use

(Number of pregnancies expected per 100 women who use this method for 1 year)

• Out of 100 women who use this method, less than 1 may get pregnant.

### Some Side Effects

• Irregular bleeding

• No periods

• Abdominal/pelvic pain

• Ovarian cysts

### Uncommon Risks

• Pelvic inflammatory disease

• Infertility

### Rare Risk

• IUD is stuck in the uterus or found outside the uterus.

• Life-threatening infection

### Does it protect me from sexually transmitted infections (STIs)? No.

# IMPLANTED METHODS

Inserted/implanted into the body and can be kept in place for several years

## Implantable Rod



**What is it?**
- A thin, matchstick-sized rod that contains the hormone progestin.
- It is put under the skin on the inside of your upper arm.

**How does it work?**
- It stops the ovaries from releasing eggs.
- It thickens the cervical mucus, which keeps sperm from getting to the egg.
- It can be used for up to 3 years.

**How do I get it?**
- After giving you local anesthesia, a doctor or nurse will put it under the skin of your arm with a special needle.

**Chance of getting pregnant with typical use**
(Number of pregnancies expected per 100 women who use this method for 1 year)
- Out of 100 women who use this method, less than 1 may get pregnant.

**Some Side Effects**
- Changes in bleeding patterns
- Weight gain
- Breast and abdominal pain

**Does it protect me from sexually transmitted infections (STIs)?** No.

# PERMANENT METHODS

For people who are sure they never want to have a child or do not want any more children.

## Sterilization Surgery for Men Vasectomy

This method is for men who are sure they never want to have a child or do not want any more children. If you are thinking about reversal, vasectomy may not be right for you. Sometimes it is possible to reverse the operation, but there are no guarantees. Reversal involves complicated surgery that might not work.

**What is it?**
- This is a surgery a man has only once.
- It is permanent.

**How does it work?**
- A surgery blocks a man's vas deferens (the tubes that carry sperm from the testes to other glands).
- Semen (the fluid that comes out of a man's penis) never has any sperm in it.
- It takes about 3 months to clear sperm out of a man's system. You need to use another form of birth control until a test shows there are no longer any sperm in the seminal fluid.

**How do I get it?**
- A man needs to have surgery.
- Local anesthesia is used.

**Chance of getting pregnant with typical use**
(Number of pregnancies expected per 100 women who use this method for 1 year)
- Out of 100 women whose partner has had a vasectomy, less than 1 may get pregnant.

**Some Risks**
- Pain
- Bleeding
- Infection

**Does it protect me from sexually transmitted infections (STIs)?** No.

**The success of reversal surgery depends on:**
- The length of time since the vasectomy was performed.
- Whether or not antibodies to sperm have developed.
- The method used for vasectomy
- Length and location of the segments of vas deferens that were removed or blocked.

# PERMANENT METHODS

For people who are sure they never want to have a child or do not want any more children.

# Sterilization Surgery for Women

Surgical Implant (also called trans-abdominal surgical sterilization)



**What is it?**

- A device is placed on the outside of each fallopian tube.

**How does it work?**

- One way is by tying and cutting the tubes — this is called tubal ligation. The fallopian tubes also can be sealed using an instrument with an electrical current. They also can be closed with clips, clamps or rings. Sometimes, a small piece of the tube is removed.
- The woman's fallopian tubes are blocked so the egg and sperm can't meet in the fallopian tube. This stops you from getting pregnant.

- This is a surgery a woman has only once.
- It is permanent.

**How do I get it?**

- This is a surgery you ask for.
- You will need general anesthesia.

**Chance of getting pregnant with typical use**
(Number of pregnancies expected per 100 women who use this method for 1 year)

- Out of 100 women who use this method, less than 1 may get pregnant.

**Some Risks**

- Pain
- Bleeding
- Infection or other complications after surgery
- Ectopic (tubal) pregnancy

**Does it protect me from sexually transmitted infections (STIs)?** No.

12

22

---

**Can it be reversed?**

Reversals require complicated surgery. Even though tubes can sometimes be rejoined, there are no guarantees. For many women, reversals are not possible because there is not enough of their tubes left to reconnect.

# Sterilization Implant for Women

Transcervical Surgical Sterilization Implant



**What is it?**

- Small flexible, metal coil that is put into the fallopian tubes through the vagina.
- The device works by causing scar tissue to form around the coil. This blocks the fallopian tubes and stops you from getting pregnant.

**How does it work?**

- The device is put inside the fallopian tube with a special catheter.
- You need to use another birth control method during the first 3 months. You will need an X-ray to make sure the device is in the right place.

- It is permanent.

**How do I get it?**

- The devices are placed into the tubes using a camera placed in the uterus.
- Once the tubes are found, the devices are inserted.
- Since it is inserted through the vagina, no skin cutting (incision) is needed.
- You may need local anesthesia.

**Chance of getting pregnant with typical use**
(Number of pregnancies expected per 100 women who use this method for 1 year)

- Out of 100 women who use this method, less than 1 may get pregnant.

**Some Risks**

- Mild to moderate pain after insertion
- Ectopic (tubal) pregnancy

**Does it protect me from sexually transmitted infections (STIs)?** No.

23



http://www.fda.gov/birthcontrol

## To Learn More:

This guide should not be used in place of talking to your doctor or reading the label for your product. The product and risk information may change. To get the most recent information for your birth control go to:

**Drugs**

Go to http://www.accessdata.fda.gov/scripts/cder/drugsatfda

(type in the name of your drug)

**Devices**

http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfRL/LSTSimpleSearch.cfm

(type in the name of your device)

**UPDATED AUGUST 2012**

TAKE TIME TO CARE ... For yourself, for those who need you.

# Exhibit B-3



# HHS.gov
## U.S. Department of Health & Human Services

Home | About HHS | Newsroom | FAQs | Regulations | A-Z Index

[Search]

◉ This Site ○ All HHS Sites

**Email Updates** ✉ **Font Size** − + **Print** 🖨 **Download Reader** ⬇

| Home | About Us | HHS Secretary | News | Jobs | Grants/Funding | Families | Prevention | Diseases | Regulations | Preparedness |

HHS Home > Newsroom

**Newsroom**

**Speeches and Testimony**

Reports

**Freedom of Information Act (FOIA)**

**Audio / Video / Photo**

**E-mail Updates/RSS Feeds**

**Social Hub**

**Contacts**

# News Release

FOR IMMEDIATE RELEASE
January 20, 2012

Contact: HHS Press Office
(202) 690-6343

## A statement by U.S. Department of Health and Human Services Secretary Kathleen Sebelius

In August 2011, the Department of Health and Human Services issued an interim final rule that will require most health insurance plans to cover preventive services for women including recommended contraceptive services without charging a co-pay, co-insurance or a deductible. The rule allows certain non-profit religious employers that offer insurance to their employees the choice of whether or not to cover contraceptive services. Today the department is announcing that the final rule on preventive health services will ensure that women with health insurance coverage will have access to the full range of the Institute of Medicine's recommended preventive services, including all FDA -approved forms of contraception. Women will not have to forego these services because of expensive co-pays or deductibles, or because an insurance plan doesn't include contraceptive services. This rule is consistent with the laws in a majority of states which already require contraception coverage in health plans, and includes the exemption in the interim final rule allowing certain religious organizations not to provide contraception coverage. Beginning August 1, 2012, most new and renewed health plans will be required to cover these services without cost sharing for women across the country.

After evaluating comments, we have decided to add an additional element to the final rule. Nonprofit employers who, based on religious beliefs, do not currently provide contraceptive coverage in their insurance plan, will be provided an additional year, until August 1, 2013, to comply with the new law. Employers wishing to take advantage of the additional year must certify that they qualify for the delayed implementation. This additional year will allow these organizations more time and flexibility to adapt to this new rule. We intend to require employers that do not offer coverage of contraceptive services to provide notice to employees, which will also state that contraceptive services are available at sites such as community health centers, public clinics, and hospitals with income-based support. We will continue to work closely with religious groups during this transitional period to discuss their concerns.

Scientists have abundant evidence that birth control has significant health benefits for women and their families, is documented to significantly reduce health costs, and is the most commonly taken drug in America by young and middle-aged women. This rule will provide women with greater access to contraception by requiring coverage and by prohibiting cost sharing.

This decision was made after very careful consideration, including the important concerns some have raised about religious liberty. I believe this proposal strikes the appropriate balance between respecting religious freedom and increasing access to important preventive services. The administration remains fully committed to its partnerships with faith-based organizations, which promote healthy communities and serve the common good. And this final rule will have no impact on the protections that existing conscience laws and regulations give to health care providers.

### ###

Note: All HHS news releases, fact sheets and other press materials are available at *http://www.hhs.gov/news*.

Like HHS on Facebook ⧉, follow HHS on Twitter @HHSgov ⧉, and sign up for HHS Email Updates.

Follow HHS Secretary Kathleen Sebelius on Twitter @Sebelius ⧉.

Last revised: February 2, 2012

Exhibit B-4

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
Center for Consumer Information & Insurance Oversight
200 Independence Avenue SW
Washington, DC 20201



**Date:** June 28, 2013[1]

**From:** Center for Consumer Information and Insurance Oversight (CCIIO), Centers for Medicare & Medicaid Services (CMS)

**Title:** Guidance on the Temporary Enforcement Safe Harbor for Certain Employers, Group Health Plans and Group Health Insurance Issuers with Respect to the Requirement to Cover Contraceptive Services Without Cost Sharing Under Section 2713 of the Public Health Service Act, Section 715(a)(1) of the Employee Retirement Income Security Act, and Section 9815(a)(1) of the Internal Revenue Code[2]

I.    Purpose

Section 2713(a)(4) of the Public Health Service Act (PHS Act), as added by the Patient Protection and Affordable Care Act (Affordable Care Act), requires non-grandfathered group health plans and health insurance issuers to provide coverage for recommended women's preventive health services without cost sharing. The Affordable Care Act also added section 715(a)(1) to the Employee Retirement Income Security Act (ERISA) and section 9815(a)(1) to the Internal Revenue Code (Code) to incorporate the provisions of part A of title XXVII of the PHS Act (including section 2713) into ERISA and the Code to make them applicable to group health plans.

Interim final regulations were issued by the Department of Health and Human Services (HHS), the Department of Labor, and the Department of the Treasury (collectively, the Departments) on July 19, 2010 (codified at 26 CFR §54.9815-2713T; 29 CFR §2590.715-2713; and 45 CFR §147.130), which provide that a non-grandfathered group health plan or health insurance issuer must cover certain items and services, without cost sharing, as recommended by the U.S. Preventive Services Task Force (USPSTF), the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention, and the Health Resources and Services

---

[1] This bulletin was originally issued on February 10, 2012, and reissued on August 15, 2012, to describe the temporary enforcement safe harbor. In reissuing this bulletin, CMS is not changing the substance of the policy; it is only extending the temporary enforcement safe harbor to encompass plan years beginning on or after August 1, 2013 (the prior expiration date of the safe harbor), and before January 1, 2014 (the applicability date of final regulations establishing accommodations for group health plans established or maintained by eligible organizations (and group health insurance coverage provided in connection with such plans), as well as student health insurance coverage arranged by eligible organizations that are institutions of higher education, with respect to the contraceptive coverage requirement).

[2] The terms of this bulletin apply to student health insurance coverage in a manner comparable to that in which they apply to insured group health plan coverage.

Administration (HRSA). Among other things, the interim final regulations provide that, if a new recommendation or guideline is issued, a plan or issuer must provide coverage consistent with the new recommendation or guideline (with no cost sharing) for plan years (or, in the individual market, policy years) that begin on or after the date that is one year after the date on which the new recommendation or guideline is issued.

HRSA was charged by statute with developing comprehensive guidelines for preventive care and screenings with respect to women, to the extent not already recommended by USPSTF. On August 1, 2011, HRSA adopted and released guidelines for women's preventive services based on recommendations developed by the Institute of Medicine at the request of HHS (Women's Preventive Services: Required Health Plan Coverage Guidelines, or HRSA Guidelines). One of HRSA's recommendations is that all Food and Drug Administration-approved contraceptives for women, as prescribed by a provider, be covered by non-grandfathered group health plans and health insurance issuers without cost sharing.

That same day, the Departments issued an amendment to the interim final regulations that provided HRSA discretion to exempt group health plans established or maintained by certain religious employers (and any group health insurance provided in connection with such plans) from any requirement to cover contraceptive services, and this discretion was exercised by HRSA in the HRSA Guidelines such that group health plans established or maintained by these religious employers (and group health insurance coverage provided in connection with such plans) are exempt from the contraceptive coverage requirement. Final regulations issued on February 10, 2012, adopted the definition of religious employer in the amended interim final regulations, which has subsequently been modified (see description below).

For all non-exempted, non-grandfathered plans and policies, the regulations require coverage of the recommended women's preventive services, including the recommended contraceptive services, without cost sharing, for plan years (or, in the individual market, policy years) beginning on or after August 1, 2012.

On February 10, 2012, CMS established a temporary enforcement safe harbor with respect to non-grandfathered health plans established or maintained or arranged by certain nonprofit organizations with religious objections to contraceptive coverage (and any health insurance coverage offered in connection with such plans).[3]

This bulletin modifies the applicable time period of the previous version of this bulletin. Originally issued on February 10, 2012, and reissued on August 15, 2012, this bulletin describes the temporary enforcement safe harbor available to non-grandfathered health plans established or maintained or arranged by nonprofit organizations whose plans have consistently not covered all or the same subset of contraceptive services for religious reasons at any point from the original issuance date of this bulletin (i.e., February 10, 2012) onward, consistent with any applicable

---

[3] The bulletin was originally reissued on August 15, 2012, to clarify that: (1) the safe harbor is also available to nonprofit organizations with religious objection to some but not all contraceptive coverage; (2) group health plans that took some action to try to exclude or limit contraceptive coverage that was not successful as of February 10, 2012, are not for that reason precluded from eligibility for the safe harbor; and (3) the safe harbor may be invoked without prejudice by nonprofit organizations that are uncertain whether they qualify for the religious employer exemption.

State law (and any group health insurance coverage provided in connection with such plans). Under the original terms of the bulletin, the temporary enforcement safe harbor would remain in effect until the first plan year beginning on or after August 1, 2013. A commitment was made to rulemaking during the one-year safe harbor period to accommodate certain additional nonprofit religious organizations with religious objections to contraceptive coverage by providing women in their plans with alternative methods to obtain contraceptive coverage without cost sharing.

Contemporaneous with the reissuance of this bulletin, the Departments are issuing final regulations under section 2713 of the PHS Act and the companion provisions of ERISA and the Code. The final regulations simplify and clarify the definition of religious employer for purposes of the religious employer exemption. The regulations also establish accommodations that are available to group health plans established or maintained by eligible organizations (and group health insurance coverage provided in connection with such plans), as well as student health insurance coverage arranged by eligible organizations that are institutions of higher education, with respect to the contraceptive coverage requirement. The final regulations generally apply to group health plans and health insurance issuers for plan years beginning on or after January 1, 2014.[4]

Also contemporaneous with this bulletin and the final regulations, the Departments of HHS and Labor are issuing a self-certification form to be executed by an organization seeking to be treated as an eligible organization for purposes of an accommodation under the final regulations. This self-certification form is applicable in conjunction with the accommodations under the final regulations (i.e., for plan years beginning on or after January 1, 2014), after the expiration of the temporary enforcement safe harbor. The self-certification form associated with the final regulations is different from the self-certification form associated with the temporary enforcement safe harbor and provided at the end of this bulletin. The self-certification associated with the temporary enforcement safe harbor is to be used only for plan years beginning before January 1, 2014.

In reissuing this bulletin, CMS is not changing the substance of the temporary enforcement safe harbor policy; it is only extending the safe harbor to encompass plan years beginning on or after August 1, 2013, and before January 1, 2014. This transitional enforcement safe harbor is intended to maintain the status quo with respect to organizations that qualify for the safe harbor during the period that exists between the prior expiration date of the safe harbor and the applicability date of the final regulations. As described herein, organizations that qualify under the safe harbor are not required to execute another self-certification, but are required to provide another notice to plan enrollees in connection with any new plan year.

The Department of Labor and the Department of the Treasury agree with the need for such transitional relief and will not take any enforcement action against an employer or group health plan that complies with the conditions of the temporary enforcement safe harbor described herein.

II.    Temporary Enforcement Safe Harbor

---

[4] The amendments to the religious employer exemption apply for plan years beginning on or after August 1, 2013.

The temporary enforcement safe harbor will be in effect until the first plan year that begins on or after January 1, 2014. Neither employers, nor group health plans, nor group health insurance issuers will be subject to any enforcement action by the Departments for failing to cover some or all of the recommended contraceptive services without cost sharing in non-grandfathered group health plans established or maintained by an organization, including a group or association of employers within the meaning of section 3(5) of ERISA, (and any group health insurance coverage provided in connection with such plans) meeting <u>all</u> of the following criteria:

1. The organization is organized and operates as a nonprofit entity.

2. From February 10, 2012 onward, the health plan established or maintained or arranged by the organization has consistently not provided all or the same subset of the contraceptive coverage otherwise required, at any point, consistent with any applicable State law, because of the religious beliefs of the organization.

3. As detailed below, the health plan established or maintained or arranged by the organization (or another entity on behalf of the plan, such as a health insurance issuer or third-party administrator) must provide to plan enrollees the attached notice, as described below, which states that some or all contraceptive coverage will not be provided under the plan during the temporary enforcement safe harbor period.[5]

4. The organization self-certifies that it satisfies criteria 1-3 above, and documents its self-certification in accordance with the procedures detailed herein.

With respect to the second criterion above, the following exception applies. A health plan will be considered not to have provided all or the same subset of the contraceptive coverage otherwise required if it took some action to try to exclude or limit such coverage that was not successful as of February 10, 2012. Accordingly, such coverage will not disqualify an employer, a group health plan, or a group health insurance issuer from eligibility for the safe harbor. To qualify, the organization must certify that it (or its plan or its issuer) took some action before February 10, 2012, to try to exclude from coverage under the plan some or all contraceptive services because of the religious beliefs of the organization, but that, subsequently, such contraceptive services were covered under the plan despite such action. Section IV describes the specifications for the certification.

Any employer that potentially qualifies for the religious employer exemption may, if eligible, opt to invoke the temporary enforcement safe harbor. Doing so would not preclude the employer from later invoking the exemption, if eligible.

III.     Notice

The attached notice must be in any application materials distributed in connection with enrollment (or re-enrollment) in coverage that is effective for each plan year beginning before

---

[5] Nothing in this bulletin precludes employers or others from expressing their opposition, if any, to the final regulations or to the use of contraceptives.

January 1, 2014.[6]  (For example, for a calendar year plan with an open enrollment period beginning November 1, the notice must be in any application materials provided to plan enrollees on or after November 1, 2013.).

This notice is required to be provided by the health plan (although the plan may ask another entity, such as a health insurance issuer or third-party administrator, to accept responsibility for providing the notice on its behalf).  With respect to insured coverage, unless it accepts in writing the responsibility for providing the notice, a group health insurance issuer does not lose its protection under the temporary enforcement safe harbor solely because the notice is not distributed by the plan as described herein, or because the issuer relies in good faith on a representation by the plan that turns out to be incorrect.

Organizations that exclude some contraceptive coverage must use the term "some" in the notice where indicated.

IV.    Certification

A certification must be made by the organization described in section II.[7]  The certification must be signed by an organizational representative who is authorized to make the certification on behalf of the organization.  The specifications for the certification are attached.

The certification must be completed and made available for examination by the first day of the plan year(s) to which the temporary enforcement safe harbor applies.  Organizations need only complete the certification one time.

Where to get more information:

If you have any questions regarding this bulletin, contact CCIIO at CMS at 410-786-1565 or at marketreform@cms.hhs.gov.

---

[6] CMS has determined that the notice is not a collection of information under the Paperwork Reduction Act because it is "[t]he public disclosure of information originally supplied by the Federal government to the recipient for the purpose of disclosure to the public."  5 CFR §1320.3(c)(2).

[7] CMS has determined that the certification is not a collection of information under the Paperwork Reduction Act because, although it is a third-party disclosure, it is a certification that does not entail burden other than that necessary to identify the respondent, the date, the respondent's address, and the nature of the instrument.  5 CFR §1320.3(h)(1).

# NOTICE TO PLAN ENROLLEES

*The organization that sponsors or arranges your health plan has certified that it qualifies for a temporary enforcement safe harbor with respect to the Federal requirement to cover contraceptive services without cost sharing.  During this period, coverage under your health plan will not include coverage of [some] contraceptive services.*

# CERTIFICATION
## (To Be Used for Plan Years Beginning BEFORE January 1, 2014)

This form is to be used to certify that the health plan established or maintained or arranged by the organization listed below qualifies for the temporary enforcement safe harbor, as described in HHS bulletin entitled "Guidance on the Temporary Enforcement Safe Harbor for Certain Employers, Group Health Plans and Group Health Insurance Issuers with Respect to the Requirement to Cover Contraceptive Services Without Cost Sharing Under Section 2713 of the Public Health Service Act, Section 715(a)(1) of the Employee Retirement Income Security Act, and Section 9815(a)(1) of the Internal Revenue Code," pertaining to coverage of FDA-approved contraceptive services for women without cost sharing.

Please fill out this form completely.

|  | Name of the organization establishing or maintaining or arranging the plan |
|---|---|
|  | Name of the individual who is authorized to make, and makes, this certification on behalf of the organization |
|  | Mailing and email addresses and phone number for the individual listed above |

*(Check the applicable box)*

☐ I certify that the organization is organized and operated as a nonprofit entity; and that, from February 10, 2012 onward, the plan has consistently not provided all or the same subset of the contraceptive coverage otherwise required, at any point, consistent with any applicable State law, because of the religious beliefs of the organization.

☐ I certify that the organization (or its plan or its issuer) took some action before February 10, 2012, to try to exclude from coverage under the plan some or all contraceptive services because of the religious beliefs of the organization, but that, subsequently, such contraceptive services were covered under the plan despite such action, and that, but for that coverage, I could make the certification above.

*I declare that I have made this certification, and that, to the best of my knowledge and belief, it is true and correct.  I also declare that this certification is complete.*


_____
Signature of the individual listed above


_____
Date

Failure to provide the requisite notice to plan enrollees renders a health plan ineligible for the temporary enforcement safe harbor.

Exhibit B-5



http://www.healthcare.gov/news/factsheets/2010/06/keeping-the-health-plan-you-h    Go

MAY    JUN    JUL    Close

46 captures    ◄    20    ►    Help

14 Oct 11 - 20 Jun 13    2012    2013    2014

# HealthCare.gov
Take health care into your own hands

Search 🔍

| Find Insurance Options Now | Prepare for the Health Insurance Marketplace | Health Insurance Basics | The Health Care Law & You | Prevention, Wellness & Comparing Providers |

Home > Newsroom > Fact Sheets > Keeping the Health Plan You Have: The Affordable Care Act and "Grandfathered" Health Plans

# Newsroom

🖨 Print    ✉ Send    f Post    Tweet    Share

**News Releases**

**Fact Sheets**

**Educational Materials**

**Reports**

## Keeping the Health Plan You Have: The Affordable Care Act and "Grandfathered" Health Plans

The Affordable Care Act gives American families and businesses more control over their health care by providing greater benefits and protections for family members and employees.  It also provides the stability, and also the flexibility, that families and businesses need to make the choices that work best for them.

During the health reform debate, President Obama made clear to Americans that "if you like your health plan, you can keep it."  He emphasized that there is nothing in the new law that would force them to change plans or doctors. Today, the Departments of Health and Human Services, Labor, and Treasury issued a new regulation for health coverage in place on March 23, 2010 that makes good on that promise by:

• Protecting the ability of individuals and businesses to keep their current plan;

• Providing important consumer protections that give Americans – rather than insurance companies – control over their own health care.

• Providing stability and flexibility to insurers and businesses that offer insurance coverage as the nation transitions to a more competitive marketplace in 2014 where businesses and consumers will have more affordable choices through Exchanges.

The rule announced today preserves the ability of the American people to keep their current plan if they like it, while providing new benefits, by minimizing market disruption and putting us on a glide path toward the competitive, patient-centered market of the future.  While it requires all health plans to provide important new benefits to consumers, it allows plans that existed on March 23, 2010 to innovate and contain costs by allowing insurers and employers to make routine changes without losing grandfather status.  Plans will lose their "grandfather" status if they choose to significantly cut benefits or increase out-of-pocket spending for consumers – and consumers in plans that make such changes will gain new consumer protections.

Most of the 133 million Americans with employer-sponsored health insurance through large employers will maintain the coverage they have today.  Large employer-based plans already offer most of the comprehensive benefits and consumer protections that the Affordable Care Act will provide to all Americans this year – such as preventing lifetime limits on coverage – and in the future.

People who work in smaller firms – which change insurers more often due to annual fluctuations in premiums – and people who purchase their own insurance in the individual market– a group that frequently changes coverage – will enjoy all of the benefits of the Affordable Care Act when they choose a new plan.  These Americans also will benefit from the new competitive Exchanges that will be established in 2014 to offer individuals and workers in small businesses with greater choice of plans at more affordable rates – the same choice of plans as members of Congress.

### Protecting Patients' Rights in All Plans

All health plans – whether or not they are grandfathered plans – must provide certain benefits to their customers for plan years starting on or after September 23, 2010 including:

• No lifetime limits on coverage for all plans;

- No rescissions of coverage when people get sick and have previously made an unintentional mistake on their application;

- Extension of parents' coverage to young adults under 26 years old; and the

For the vast majority of Americans who get their health insurance through employers, additional benefits will be offered, irrespective of whether their plan is grandfathered, including:

- No coverage exclusions for children with pre-existing conditions; and

- No "restricted" annual limits (e.g., annual dollar-amount limits on coverage below standards to be set in future regulations).

## Additional Consumer Protections Apply to Non-Grandfathered Plans

Grandfathered health plans will be able to make routine changes to their policies and maintain their status. These routine changes include cost adjustments to keep pace with medical inflation, adding new benefits, making modest adjustments to existing benefits, voluntarily adopting new consumer protections under the new law, or making changes to comply with State or other Federal laws. Premium changes are not taken into account when determining whether or not a plan is grandfathered.

Plans will lose their grandfathered status if they choose to make significant changes that reduce benefits or increase costs to consumers. If a plan loses its grandfathered status, then consumers in these plans will gain additional new benefits including:

- Coverage of recommended prevention services with no cost sharing; and

- Patient protections such as guaranteed access to OB-GYNs and pediatricians.

Under the Affordable Care Act, these requirements are applicable to all new plans, and existing plans that choose to make the following changes that would cause them to lose their grandfathered status.

Compared to their polices in effect on March 23, 2010, grandfathered plans:

- **Cannot Significantly Cut or Reduce Benefits.** For example, if a plan decides to no longer cover care for people with diabetes, cystic fibrosis or HIV/AIDS.

- **Cannot Raise Co-Insurance Charges.** Typically, co-insurance requires a patient to pay a fixed percentage of a charge (for example, 20% of a hospital bill). Grandfathered plans cannot increase this percentage.

- **Cannot Significantly Raise Co-Payment Charges.** Frequently, plans require patients to pay a fixed-dollar amount for doctor's office visits and other services. Compared with the copayments in effect on March 23, 2010, grandfathered plans will be able to increase those co-pays by no more than the greater of $5 (adjusted annually for medical inflation) or a percentage equal to medical inflation plus 15 percentage points. For example, if a plan raises its copayment from $30 to $50 over the next 2 years, it will lose its grandfathered status.

- **Cannot Significantly Raise Deductibles.** Many plans require patients to pay the first bills they receive each year (for example, the first $500, $1,000, or $1,500 a year). Compared with the deductible required as of March 23, 2010, grandfathered plans can only increase these deductibles by a percentage equal to medical inflation plus 15 percentage points. In recent years, medical costs have risen an average of 4-to-5% so this formula would allow deductibles to go up, for example, by 19-20% between 2010 and 2011, or by 23-25% between 2010 and 2012. For a family with a $1,000 annual deductible, this would mean if they had a hike of $190 or $200 from 2010 to 2011, their plan could then increase the deductible again by another $50 the following year.

- **Cannot Significantly Lower Employer Contributions.** Many employers pay a portion of their employees' premium for insurance and this is usually deducted from their paychecks. Grandfathered plans cannot decrease the percent of premiums the employer pays by more than 5 percentage points (for example, decrease their own share and increase the workers' share of premium from 15% to 25%).

- **Cannot Add or Tighten an Annual Limit on What the Insurer Pays.** Some insurers cap the amount that they will pay for covered services each year. If they want to retain their status as grandfathered plans, plans cannot tighten any annual dollar limit in place as of March 23, 2010. Moreover, plans that do not have an annual dollar limit cannot add a new one unless they are replacing a lifetime dollar limit with an annual dollar limit that is at least as high as the lifetime limit (which is more protective of high-cost enrollees).

- **May Change Insurance Companies.** An employer with a group health plan can switch plan administrators as well as buy insurance from a different insurance company without losing grandfathered status--provided the plan does not make any of the above six changes to its cost or benefits structure.*

* Previously, one way an employer group health plan could lose its grandfather status was to change issuers--switch from one insurance company to another. The original regulation allowed only self-funded plans to change third-party administrators without necessarily losing their grandfathered plan status. On November 15, the regulation was amended to allow all group health plans to switch insurance companies and shop for the same coverage at a lower cost while maintaining their grandfathered status, as long as the structure of the coverage doesn't violate one of the other rules for maintaining grandfathered plan status.

## Protecting Against Abuse of Grandfathered Health Plan Status

To prevent health plans from using the grandfather rule to avoid providing important consumer protections, the regulation provides for:

- Promoting transparency by requiring a plan to disclose to consumers every time it distributes materials whether the plan believes that it is a grandfathered plan and therefore is not subject to some of the additional consumer protections of the Affordable Care Act. This allows consumers to understand the benefits of staying in a grandfathered plan or switching to a new plan. The plan must also provide contact information for enrollees to have their questions and complaints addressed;

- Revoking a plan's grandfathered status if it forces consumers to switch to another grandfathered plan that, compared to the current plan, has less benefits or higher cost sharing as a means of avoiding new consumer protections; or

- Revoking a plan's grandfathered status if it is bought by or merges with another plan simply to avoid complying with the law.

## Projected Impact on Consumers and Plans

### Large Employer Plans

The 133 million Americans with employer-sponsored health insurance through large employers (100 or more workers) —who make up the vast majority of those with private health insurance today—will not see major changes to their coverage as a result of this regulation. This regulation affirms that most of these plans will remain grandfathered – more than three-quarters of firms in 2011 – based on the way they changed cost sharing from 2008-2009. Most of these plans already offer the patient protections applied to grandfathered plans such as no pre-existing condition exclusions for children and no rescissions of coverage when a person gets sick. In addition, they are likely to already give their workers and families protections like a choice of OB-GYN and pediatrician and access to emergency rooms in other states without prior authorization. Based on past patterns of behavior, it is expected that large employers will continue to make adjustments to the health plans they offer from year to year so that, by the time the health insurance Exchanges are established in 2014, fewer – but still most – large employer plans will have grandfather status. However, the assumed market changes depend on the choices large employers make in the future.

### Small Business Plans

The roughly 43 million people insured through small businesses will likely transition from their current plan to one with the new protections over the next few years. Small plans tend to make substantial changes to cost sharing, employer contributions, and health insurance issuers more frequently than large plans. As such, we estimate that 70% of plans will be grandfathered in the first year, but depending on the choices these employers make, this could drop to about one-third over several years. To help sustain small business coverage, the Affordable Care Act also includes a tax credit for up to 35% of their premium contributions.

### Individual Health Market

The 17 million people who are covered in the individual health insurance market, where switching of plans and substantial changes in coverage are common, will receive the new protections of the Affordable Care Act sooner rather than later. Roughly 40 percent to two-thirds of people in individual market policies change plans within a year. Given this "churn," the transition for the 17 million people in this market will be swift. In the short run, individuals whose plan changes and is no longer grandfathered will gain access to free preventive services, protections against restricted annual limits, and patient protections such as improved access to emergency rooms. These Americans also will benefit from the Health Insurance Exchanges that will be established in 2014 to offer individuals and workers in small businesses a much greater choice of plans at more affordable rates.

### People in Special Types of Health Plans

Fully-insured health plans subject to collective bargaining agreements will be able to maintain their grandfathered status until their agreement terminates. After that point, they are subject to the same rules as other health plans; in other words, they will lose their grandfathered status if they make any of the substantial changes described above. Retiree-only and "excepted health plans" such as dental plans, long-term care insurance, or Medigap, are exempt from the Affordable Care Act insurance reforms.

## Projections of Employer Plans Remaining Grandfathered, 2011-2013

There is considerable uncertainty about what choices employers will make over the next few years as the market prepares for the establishment of the competitive Exchanges and other market reforms such as new consumer protections, middle-class tax credits and other steps to expand affordabilty and choice for millions more Americans. This rule estimates the likely decisions of employers based on assumptions and extrapolations of recent market behavior, including the decisions by employers to change their health plans in 2008 and 2009. The table below depicts the results of this analysis:

| Type of Plan | Enrollees | Employer Plans Remaining Grandfathered | | Explanation |
|---|---|---|---|---|
| | | 2011 | 2013 | |
| Allowable Percent Change in Co-Payments from 2010 | | Medical inflation* (4%) + 15% = 19% | Medical inflation* ($4\%^3$ = 12%) + 15% = 27% | Deductibles, copayments can increase faster than medical inflation over time |
| Large Employer | 133 million | Low: 87% remain grandfathered<br><br>Mid-range: 82% remain grandfathered<br><br>High: 71% remain grandfathered | Low: 66% remain grandfathered<br><br>Mid-range: 55% remain grandfathered<br><br>High: 36% remain grandfathered | Large plans are more stable and often self-insured.<br><br>Regulation permits plans to make routine changes needed to keep premium growth in check. |
| Small Employer | 43 million | Low: 80% remain grandfathered<br><br>Mid-range: 70% remain grandfathered<br><br>High: 58% remain grandfathered | Low: 51% remain grandfathered<br><br>Mid-range: 34% remain grandfathered<br><br>High: 20% remain grandfathered | Small businesses typically buy commercial insurance and frequently make changes in insurers and coverage.<br><br>Limited purchasing power and high overhead often force a trade-off between dramatic changes in benefits and cost sharing and affordable premiums. |

* Assumes medical inflation at 4%

The "low" percentage is based on the mid-range percentages plus plans that could stay grandfathered with small premium changes.

The "mid-range" percentage is based on assumptions of the number of plans that would lose their grandfathered status if they made changes consistent with the changes that they made in 2008 and 2009 that would not lead to premium increases.

The "high" percentage assumes that some plans would not be able to make the adjustments to employer premium contribution they would need to keep premiums the same while keeping their other cost-sharing parameters within the grandfathering rules. The estimates in this case assume these plans will choose to relinquish their grandfathered status instead.

### Choices in 2014 and Subsequent Years

In 2014, small businesses and individuals who purchase insurance on their own will gain access to the competitive market Exchanges. These Exchanges will offer individuals and workers in small businesses with a much greater choice of plans at more affordable rates – the same choice as members of Congress. In fact, the Congressional Budget Office (CBO) has estimated that, on an apples-to-apples basis, premiums will be 14- 20 percent lower than they would be under current law in 2016 due to competition, lower insurance overhead, and increased pooling and purchasing power. Small

businesses also will have more affordable options. CBO has estimated that a family policy for small businesses would be available in the Exchanges at a premium that is $4,000 lower than under current law in 2016.

These reduced premiums do not take into account the tax credits available to small businesses and middle-class families to help make insurance affordable. These additional new choices may further lower the likelihood that small businesses workers will remain in grandfathered health plans. Consumers insured through large employers are more likely to remain in grandfathered plans in 2014 and beyond.

Read the Press Release at: http://www.hhs.gov/news/press/2010pres/06/20100614e.html.

Read the Questions and Answers on the Regulation at http://www.healthreform.gov/about/grandfathering.html.

You can view the Regulation at: http://frwebgate.access.gpo.gov/cgi-bin/getdoc.cgi?dbname=2010_register&docid=DOCID:fr17jn10-25.pdf.

**Posted: June 14, 2010**

- 1. Was this page helpful?
  ○ Yes ○ No
-

Form Approved OMB# 0990-0379 Exp. Date 06/03/2014

Next Page

- 1. I found this page helpful because the content on the page: (check all that apply)
  ☐ Had the information I needed ☐ Was trustworthy ☐ Was up-to-date ☐ Was clearly written





Home **Health**Care.gov  A federal government website managed by the U.S. Department of Health & Human Services
200 Independence Avenue, S.W. - Washington, D.C. 20201

**Take Action**
Find Insurance Options Now
Prepare for Health Insurance Marketplace
Health Insurance Basics
The Health Care Law & You
Prevention, Wellness & Comparing Providers

**Health Insurance Basics**
Managing Your Insurance
Understanding Insurance
Free or Low-Cost Care
Medicare & Long-Term Care
Employers & Self-Employed

**The Health Care Law and You**
Read the Law
Key Features of the Law
Information for You
Timeline: What's Changing & When

**Stay Connected**
Email Updates
@HealthCareGov
facebook
YouTube
View all Widgets and Badges
HealthCare Blog RSS

Accessibility
Privacy Policy
Plain Writing
Disclaimers
Viewers & Players
WhiteHouse.gov
USA.gov
GobiernoUSA.gov
Give Feedback

# Exhibit B-6



# The Affordable Care Act Increases Choice and Saving Money for Small Businesses

WHITEHOUSE.GOV/HEALTHREFORM

# The Affordable Care Act Increases Choice and Saving Money for Small Businesses.

Small businesses are the backbone of our economy, but high health care costs and declining coverage have hindered small business owners and their employees. Over the past decade, average annual family premiums for workers at small firms increased by 123 percent, from $5,700 in 1999 to $12,700 in 2009, while the percentage of small firms offering coverage fell from 65 to 59 percent. The Affordable Care Act will provide enormous benefits to the millions of small business owners and the tens of millions of small business employees by expanding coverage options, increasing purchasing power, lowering costs and giving consumers, not insurance companies, control over their own health care.

## No Employer Mandate, Exempts Small Firms from Employer Responsibility Requirement

The Affordable Care Act does not include an employer mandate. In 2014, as a matter of fairness, the Affordable Care Act requires large employers to pay a shared responsibility fee only if they don't provide affordable coverage and taxpayers are supporting the cost of health insurance for their workers through premium tax credits for middle to low income families.

- The law specifically exempts all firms that have fewer than 50 employees – 96 percent of all firms in the United States or 5.8 million out of 6 million total firms – from any employer responsibility requirements. These 5.8 million firms employ nearly 34 million workers. More than 96 percent of firms with 50 or more employees already offer health insurance to their workers. Less than 0.2 percent of all firms (about 10,000 out of 6 million) may face employer responsibility requirements. Many firms that do not currently offer coverage will be more likely to do so because of lower premiums and wider choices in the Exchange.

> For more information, please visit:
  **www.healthreform.gov/about/answers.html.**

## Small Business Health Care Affordability Tax Credits

Under the Affordable Care Act, an estimated 4 million small businesses nationwide could qualify for a small business tax credit this year, which will provide a total of $40 billion in relief for small firms over the next 10 years.

- Small employers with fewer than 25 full-time equivalent employees and average annual wages of less than $50,000 that purchase health insurance for employees are eligible for the tax credit. The maximum credit will be available to employers with 10 or fewer full-time equivalent employees and average annual wages of less than $25,000. To be eligible for a tax credit, the employer must contribute at least 50 percent of the total premium cost.

- Businesses that receive state health care tax credits may also qualify for the federal tax credit. Dental and vision care qualify for the credit as well.

- For 2010 through 2013, eligible employers will receive a small business credit for up to 35 percent of their contribution toward the employee's health insurance premium. Tax-exempt small businesses meeting the above requirements are eligible for tax credits of up to 25 percent of their contribution.

- For 2014 and beyond, small employers who purchase coverage through the new Health Insurance Exchanges can receive a tax credit for two years of up to 50 percent of their contribution. Tax-exempt small businesses meeting the above requirements are eligible for tax credits of up to 35 percent of their contribution.

> For more information on tax credits, please visit:
  **www.irs.gov/newsroom/article/0,,id=223666,00.html.**

# The Affordable Care Act Increases Choice and Saving Money for Small Businesses.

## Better Information on Affordable Health Care Options

In July 2010, the Department of Health and Human Services will establish a new consumer website with easy to understand information about affordable and comprehensive coverage choices. The website will also provide information to small businesses about available health coverage options, including information on reinsurance for early retirees, small business tax credits, and how to shop for insurance in the Exchanges that will increase the purchasing power of small businesses.

## Administrative Simplification

The Affordable Care Act accelerates adoption of standard "operating rules" for health insurance plan administration. Operating rules are the business rules and guidelines for electronic transactions with health insurance plans, and the current non-standard environment is a source of waste, unnecessary cost, and frustration for small business owners and others. Under administrative simplification, there will be one format and one set of codes for claims, remittance advice, service authorization, eligibility verification, and claims status inquiry.

By establishing uniform operating rules, the Affordable Care Act ensures that small businesses, health plans, physicians, hospitals, and patients are all speaking the same language. Benefits include:

- Improved coordination of care for the patient
- Increased payment accuracy and timeliness
- Reduced administrative cost and hassle factor for small businesses
- Payment transparency

The Affordable Care Act requires standard operating rules for eligibility and claims status to be adopted by July1, 2011 and fully implemented by January 1, 2013.

## Increases Quality, Affordable Options for Small Businesses

Currently, small businesses face not only premiums that are 18 percent higher than large businesses pay, but also face higher administrative costs to set up and maintain a health plan. The premiums they pay have up to three times as much administrative cost built into them as plans in the large group market. They are also at a disadvantage in negotiating with insurance companies because they lack bargaining power. The Affordable Care Act will change this dynamic. Starting in 2014, small businesses with up to 100 employees will have access to state-based Small Business Health Options Program (SHOP) Exchanges, which will expand their purchasing power. The Congressional Budget Office (CBO) stated that the Exchanges will reduce costs and increase competitive pressure on insurers, driving down premiums by up to 4 percent for small businesses.

- These Exchanges would include web portals that provide standardized, easy-to-understand information that make comparing and purchasing health care coverage easier for small business employees, and reduce the administrative hassle that small businesses currently face in offering plans.

- Starting in 2017, the Affordable Care Act also provides states flexibility to allow businesses with more than 100 employees to purchase coverage in the SHOP Exchange.

- If businesses don't offer coverage, workers at small firms and their families would be eligible for their own tax credits to purchase coverage through the Exchange.

- The Affordable Care Act streamlines health plans to keep premiums lower by instituting a premium rate review process and setting standards for how much insurance companies can spend on administrative costs, also known as the medical loss ratio.

> To learn more, visit:
**www.healthreform.gov/newsroom/naicletter.html.**

# The Affordable Care Act Increases Choice and Saving Money for Small Businesses.

## Security and Stability that Promotes Entrepreneurship

In 2014, the Affordable Care Act ends the discriminatory insurance industry practices of jacking up premiums by up to 200 percent because an employee got sick or older, or because the business hired a woman. In many cases, women can be charged higher premiums than men, simply because of their gender. It will also reduce "job lock" – the fear of switching jobs or starting a small business due to concerns over losing health coverage – by guaranteeing access to coverage for all Americans. This will encourage more people to launch their own small businesses, or join existing small employers.

## Reviews the Impact of Reform on Small Businesses

The Affordable Care Act requires the Government Accountability Office (GAO) to specifically review the impact of Exchanges on increasing access to affordable health care for small businesses to ensure that Exchanges are indeed making a difference for small business owners.

# Exhibit B-7


# Continuing to Implement the ACA in a Careful, Thoughtful Manner

Over the past several months, the Administration has been engaging in a dialogue with businesses - many of which already provide health coverage for their workers - about the new employer and insurer reporting requirements under the Affordable Care Act (ACA).

We have heard concerns about the complexity of the requirements and the need for more time to implement them effectively.

We recognize that the vast majority of businesses that will need to do this reporting already provide health insurance to their workers, and we want to make sure it is easy for others to do so.

We have listened to your feedback.

The Administration is announcing that it will provide an additional year before the ACA mandatory employer and insurer reporting requirements begin. This is designed to meet two goals. First, it will allow us to consider ways to simplify the new reporting requirements consistent with the law. Second, it will provide time to adapt health coverage and reporting systems while employers are moving toward making health coverage affordable and accessible for their employees. Within the next week, we will publish formal guidance describing this transition. Just like the Administration's effort to turn the initial 21-page application for health insurance into a three-page application, we are working hard to adapt and to be flexible about reporting requirements as we implement the law. Here is some additional detail. The ACA includes information reporting (under section 6055) by insurers, self-insuring employers, and other parties that provide health coverage. It also requires information reporting (under section 6056) by certain employers with respect to the health coverage offered to their full-time employees. We expect to publish proposed rules implementing these provisions this summer, after a dialogue with stakeholders - including those responsible employers that already provide their full-time work force with coverage far exceeding the minimum employer shared responsibility requirements - in an effort to minimize the reporting, consistent with effective implementation of the law. Once these rules have been issued, the Administration will work with employers, insurers, and other reporting entities to strongly encourage them to voluntarily implement this information reporting in 2014, in preparation for the full application of the provisions in 2015. Real-world testing of reporting systems in 2014 will contribute to a smoother transition to full implementation in 2015. We recognize that this transition relief will make it impractical to determine which employers owe shared responsibility payments (under section 4980H) for 2014. Accordingly, we are extending this transition relief to the employer shared responsibility payments. These payments will not apply for 2014. Any employer shared responsibility payments will not apply until 2015. During this 2014 transition period, we strongly encourage employers to maintain or expand health coverage. Also, our actions today do not affect employees' access to the premium tax credits available under the ACA (nor any other provision of the ACA).

*Mark J. Mazur is the Assistant Secretary for Tax Policy at the U.S. Department of the Treasury.*