**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

AVE MARIA UNIVERSITY,

    Plaintiff,

v.                                                     Case No: 2:13-cv-630-JSM-UAM

KATHLEEN SEBELIUS, *et al.*,

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Unopposed Motion to Reopen and Request for Briefing Schedule (Dkt. 49). Upon review of the motion, and being otherwise advised in the premises, the motion is granted. The parties request the Court to enter the same briefing schedule entered in parallel litigation before this Court, involving the same regulations. *See* 2:13-cv-795-JSM-UAM at Dkt. 55. The Court agrees that the same briefing schedule should apply in this case. It is therefore

ORDERED AND ADJUDGED that:

1. Plaintiff's Unopposed Motion to Reopen and Request for Briefing Schedule (Dkt. 49) is granted.

2. The Clerk of Court is directed to reopen this case.

3. The parties may brief a preliminary injunction motion.

4. Plaintiff's motion for preliminary injunction shall be filed on or before **September 12, 2014**.

5. Defendants' response to the motion for preliminary injunction shall be filed on or before **September 22, 2014**.

6. The parties are allotted 35 pages for argument.

7. The Court will issue a ruling on the motion for preliminary injunction prior to the November 1, 2014 deadline.

**DONE** and **ORDERED** in Tampa, Florida on August 7, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\FT MYERS\13-cv-630.schedulingDkt49.wpd