**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| **AVE MARIA UNIVERSITY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 2:13-cv-00630-JSM-UAM** |
| ) | |
| **SYLVIA BURWELL, Secretary of** ) | |
| **the United States Department of Health** ) | |
| **and Human Services; UNITED STATES** ) | |
| **DEPARTMENT OF HEALTH AND** ) | |
| **HUMAN SERVICES; THOMAS** ) | |
| **PEREZ, Secretary of the United States** ) | |
| **Department of Labor; UNITED STATES** ) | |
| **DEPARTMENT OF LABOR; JACOB** ) | |
| **LEW,  Secretary of the United States** ) | |
| **Department of Treasury; and UNITED** ) | |
| **STATES DEPARTMENT OF THE** ) | |
| **TREASURY,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendants, Sylvia M. Burwell, in her official capacity as

the Secretary of the United States Department of Health and Human Services; the United States

Department of Health and Human Services; Thomas Perez, in his official capacity as Secretary

of the United States Department of Labor; the United States Department of Labor; Jacob L. Lew,

in his official capacity as Secretary of the United States Department of the Treasury; and the

United States Department of the Treasury; hereby appeal to the United States Court of Appeals

for the Eleventh Circuit from the Order entered on October 28, 2014, ECF No. 62.

Dated: December 23, 2014                    Respectfully Submitted,

                                            JOYCE R. BRANDA
                                            Acting Assistant Attorney General

KATHLEEN R. HARTNETT
Deputy Assistant Attorney General

A. LEE BENTLEY, III
United States Attorney

JENNIFER RICKETTS
Director, Federal Programs Branch

SHEILA M. LIEBER
Deputy Director

/s/ Jacek Pruski
JACEK PRUSKI
California Bar No. 277211
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C. 20530
Tel: (202) 616-2035
Fax: (202) 616-8470
jacek.pruski@usdoj.gov

*Attorneys for Defendants*