UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

| | |
|---|---|
| AVE MARIA UNIVERSITY,<br><br>*Plaintiff*,<br><br>v.<br><br>ALEX AZAR, *et al.*<br><br>*Defendants*. | Civil No. 2:13-cv-630-JSM-CM<br><br>ORDER OF<br>FINAL JUDGMENT |

Pursuant to and in accordance with the Order Granting Permanent Injunction and Declaratory Relief entered July 11, 2018 [Dkt. 72], it is

ORDERED that judgment is entered in favor of Plaintiff and against Defendants as to Count I of the Complaint (violation of the Religious Freedom Restoration Act);

IT IS FURTHER ORDERED that Plaintiff's remaining claims for relief, Counts II–XVI of the Complaint, are hereby dismissed without prejudice.

IT IS FURTHER ORDERED that Plaintiffs shall, in the absence of an agreement between the parties, file a motion for attorneys' fees and costs within sixty (60) days of the date of this order.

Signed this 26th day of July, 2018.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE